AP# 23-05005

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| SCOTTY DWAYNE SIPE, | ) | Case No. 21-50558 |
| Debtor. | ) | |
| JOHN P. FITZGERALD, III, | ) | |
| Acting United States Trustee for Region Four, | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Proceeding Case No. _____ |
| SCOTTY DWAYNE SIPE, | ) | |
| Defendant. | ) | |

**COMPLAINT TO REVOKE DISCHARGE**

FILED HARRISONBURG, VA
U.S. BANKRUPTCY COURT
1:55 PM
MAR 23 2023
By _____ XS
Deputy Clerk

WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

In reference to

Scotty D Sipe debtor        chapter 7 case No.21-50558

JOHN P. FITZGERALD acting United States Trustee for Region Four,

Plaintiff,

Vs

Scotty D Sipe

defendant                            case no.

I Scotty D Sipe can not afford to pay any more legal fees, I'm hoping the court excepts my response to the Honorable trustee John P. Fitzgerald 111 complaint.

Introductory

ON 11-09-2021 I filed bankruptcy for multiple reasons, I lost money in 2016, to IJ home builders, lost my wife in 2018 of 32 years to the flue, discovered after I was emerging from shock in 2019 my company sipes construction & Virginia home builders llc was not getting paid and my partnership with Saga homes llc. company was in financial trouble, closing sipes construction Virginia home builders LLc. trying to save Saga homes llc. I just lost a lawsuit in late October 2021 where Erie insurance company owed me close to $400,000. oo my brother Malcolm Sipe came up missing on July 5, 2021, I found him after searching day and night 17 days later had committed suicide. He was one year older than me and worked together since we were 13-14 years old. Three people that had worked with me for the last 30 years died of suicide another one had heart attack on the job. I started paying everyone in cash and or cashier's checks from 2021. In October of 2021 I started getting judgments, law suites it was more than I could handle under great stress I made my decision based on money loss and greif.

MY answers to the questions
1. False

2. True
3. True
4. True
5. True
6. True
7. True
8. True
9. True
10. True
11. True
12. False
13. False
14. True
15. True
16. True
17. True
18. True
19. True
20. True
21. True
22. True
23. False
24. True
25. True
26. True
27. True
28. True
29. True
30. True
31. True
32. True
33. True
34. True
35. True
36.   A. true B. true C. true D. true E. True F. True G. True H. true
37. True
38. False
39. True
40. I cannot know what the trustee assumed.
41. I cannot know what the trustee did
42. True
43. True
44. True
45. True  filed amendments

46. True
47. True
48. True
49. False
50. False
51. True
52. True
53. True
54. True
55. False
56. False
57. True
58. True
59. True
60. False
61. True
62. False
63. False
64. True
65. True
66. True
67. True
68. True/false
69. True
70. False
71. True
72. False
73. True
74. True
75. True
76. True
77. A. true B. true C. true D. true E. true F. true G. true H. true I. true
78. True
79. True
80. True
81. False
82. False
83. A. true B true C true D true E true  f true G true H true
84. True
85. False
86. False
87. False
88. False
89. True

90. Mostly false
91. True
92. True
93. True
94. False
95. False
96. False
97. True
98. False
99. A false B false C false D partly true
100. False
101. False
102. False
103. False
104. False
105. False
106. False
107. False
108. False
109. False
110. False
111. False
112. False
113. I cant know what the trustee assumed
114. False
115. I cant know
116. 116 deny
117. Deny
118. Deny
119. Deny
120. Deny
121. True
122. I can't know what the trustee assumes
123. False
124. No false
125. Deny
126. Deny
127. True
128. False
129. False
130. False

Respectfully

I ask the ruling judge on this matter please give me the opportunity to defend my self or be able to help appoint someone as my aid. I don't think its being understood the money went toward completing the homes and paying sagas debt. The house was completed at my loss. I have paid $16,500.00 money I begged and borrowed to represent me and the questions still remain. I have been a honest house builder for 35 years.  Yes I came under hard times I settled a the law suite against me with Houff personally, for 50,000.00 : 500 month and helped them get 50,000.00 from sagas insurance. I believe they are coming after Todd Baird for the balance. I completed this work in faith that I could through bankruptcy have a chance at a second life.  I need this I ask the court to give me time I will find a way to find me a lawyer who understand covid19 construction contractors' obligation house budgets.


Thanks Scotty D Sipe
465 Thorofare rd.
Crimora   VA 24431
scottysipe@gmail.com
540-569-0256



I Scotty D Sipe swear I answered these question with truth and integrity to the best of my ability

-------------------------------------------------------------------------------
SCOTTY DWAYNE SIPE

*Scotty D Sipe* (signature)