UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>SCOTTY DWAYNE SIPE,<br><br>Debtor. | Chapter 7<br>Case No. 21-50558 |
| JOHN P. FITZGERALD, III,<br>ACTING UNITED STATES TRUSTEE<br>FOR REGION FOUR,<br><br>Plaintiff,<br>v.<br><br>SCOTTY DWAYNE SIPE,<br><br>Defendant. | Adversary Proceeding<br>Case No. 23-05005 |

## **NOTICE OF SUBPOENA ON THIRD-PARTY**

I certify that on August 9, 2023, I served the subpoena attached hereto on Slayton Law, PLC as follows: By email on Marshall Slayton, Esq., who agreed to accept service of the subpoena by email.

On this same date, I caused the foregoing to be electronically filed with the United States Bankruptcy Court for the Western District of Virginia which should have caused electronic notifications of filing to be served on all registered users of the CM/ECF System that have appeared in this case.

On the same date, I mailed and emailed a copy as follows:

Scotty Sipe
465 Thorofare Rd.
Crimora, VA 24431

scottysipe@gmail.com; scotty.sipe@me.com


Date: August 9, 2023                     Respectfully submitted,
                                         United States Trustee
                                         By: /s/ B. Webb King

1

B. Webb King (VSB # 47044)
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
540-857-2838
Webb.King@usdoj.gov
Trial Attorney for the US Trustee

2